**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Curtis G. PATTERSON, Defendant–Appellant.**

**No. 07–11759**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 10, 2007.

Gwendolyn L. Spivey, Randolph P. Murrell, Federal Public Defender, Federal Defender Office, Tallahassee, FL, Robert A. Dennis, Jr., Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Stephen P. Preisser, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Before BIRCH, DUBINA and MARCUS, Circuit Judges.

PER CURIAM:

AFPD Gwendolyn Spivey, appointed counsel for Curtis G. Patterson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. As independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANT-ED,** and Patterson's convictions and sentences are **AFFIRMED.**